NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONEYWELL INTERNATIONAL INC.** AND
**HONEYWELL INTELLECTUAL PROPERTIES INC.,**
*Plaintiffs-Appellees,*

v.

**NOKIA CORPORATION, NOKIA, INC., SEIKO
EPSON CORPORATION, ARGUS (ALSO KNOWN AS
HARTFORD COMPUTER GROUP INC.), TOSHIBA
AMERICA, INC., ALL AROUND CO. LTD., BOE-
HYDIS TECHNOLOGY CO. LTD.,** AND **PICVUE
ELECTRONICS LIMITED,**

*Defendants,*

AND

**FUJIFILM CORPORATION** AND **FUJIFILM USA
INC.,**

*Defendants-Appellants,*

AND

**SAMSUNG SDI CO., LTD.** AND **SAMSUNG SDI
AMERICA INC.,**

*Defendants-Appellants.*

---

2012-1373, -1374

---

Appeals from the United States District Court for the District of Delaware in case no. 04-CV-1337, Judge Leonard P. Stark.

---

## ON MOTION

---

## ORDER

Samsung SDI Co., Ltd and Samsung SDI America, Inc. (Samsung) move unopposed for a 30-day extension of time, until August 2, 2012, for itself and Fujifilm Corporation and Fujifilm U.S.A., Inc. (Fujifilm) to file their opening briefs. Samsung also moves to deactivate, or in the alternative dismiss without prejudice, the second issue listed in its notice of appeal. Fujifilm does not oppose. Honeywell agrees with the proposed dismissal but not deactivation.

The parties agree that Samsung's appeal of the Clerk's Taxation of Costs was premature in light of Samsung's Motion for Review of the Clerk's Taxation of Costs currently pending before the district court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The briefing schedule is stayed pending the district court's ruling on Samsung's Motion for Review of the Clerk's Taxation of Costs.

(2) The parties are directed to inform this court with 14 days of the district court's ruling on Samsung's Motion for Review as to how the case in this court should proceed.

(3) Samsung's motion for an extension of time is denied as moot.

FOR THE COURT

__JUN 1 8 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Matthew L. Woods, Esq.
     Lawrence Rosenthal, Esq.
     Stephen S. Korniczky, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 1 8 2012

**JAN HORBALY**
**CLERK**